**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

# JS-6

| | |
|---|---|
| **MARIAELENA MATA, DANIEL MATA, AND OFELIA VOISSEN,** ) | Case No. **2:10-CV-05041-PA-MAN** |
| ) | |
| ) | **ORDER** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| **NATIONWIDE CREDIT, INC.,** ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this _21st_day of March, 2011.

_____
The Honorable Percy Anderson